Dismissed and Memorandum Opinion filed August 19, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00445-CV

____________

 

GLENN L. WILLIAMS, Appellant

 

V.

 

DONALD R. HODGES, Appellee

 



 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2008-09194

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 23, 2010.  On June 10, 2010, this
court referred the case to mediation.  On August 2, 2010, appellant filed a motion
to dismiss the appeal because the case has settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.